Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION** ) ) ) ) | MDL NO. 1699 |
| | District Judge: Charles R. Breyer |
| This Document Relates To: ) *Delia Vera Pena v. Pfizer Inc., et al.* ) (C-06-0097) ) | |
| | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Dale Richards v. Pfizer Inc., et al.* ) (C 06 0359) ) | |
| *Kathryn E. Adair v. Pfizer Inc., et al.* ) (3:06-cv-00360-CRB) ) | |
| *Joan H. Grimsley v. Pfizer Inc., et al.* ) (06-3164 CRB) ) | |
| *George Carey and Paula Y. Carey v. Pfizer Inc., et al.* ) (06-3165 CRB) ) | |
| *Beverly Parr v. Pfizer Inc., et al.* ) (06-3364 CRB) ) | |
| *Shelia Lynn Campbell Yuras, Individually and as Representative of the Estate of Robert Kay Carpenter, Deceased v. Pfizer Inc., et al.* ) (06-3366 CRB) ) | |
| *Esther Luther, Individually and as Representative of the Estate of Harold Luther, Deceased v. Pfizer Inc., et al.* ) (C-06-6005) ) | |
| *Ava Purkey v. Pfizer Inc., et al.* ) (C-06-6182) ) | |
| *Mary Amos v. Pfizer Inc., et al.* ) (C-06-6259) ) | |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | |
| | *Demetra Moore, Individually and as* ) |
| 2 | *Representative of the Estate of Robert Moore,* ) |
| | *Deceased v. Pfizer Inc., et al.* ) |
| 3 | (C-06-6568 CRB) ) |
| | ) |
| 4 | *Frank Alvarez, Individually and as* ) |
| | *Representative of the Estate of Mary* ) |
| 5 | *Jo Herbel, deceased v. Merck & Co.,* ) |
| | *Inc., and Pfizer Inc., et al.* ) |
| 6 | (06-6930) ) |
| | ) |
| 7 | *Clarence McCoy v. Pfizer Inc., et al.* ) |
| | (C-06-7404) ) |
| 8 | ) |
| | *Lottie Grixgby v. Pfizer Inc., et al.* ) |
| 9 | (C-07-1039-CRB) ) |
| | ) |
| 10 | *Gerald Johns v. Pfizer Inc., et al.* ) |
| | (C-07-1875 CRB) ) |
| 11 | ) |
| | *Mike Taylor, Individually and for the Estate of* ) |
| 12 | *Mary Kathleen Taylor, Deceased v. Pfizer Inc.* ) |
| | *et al.* ) |
| 13 | (C-07-2576 CRB) ) |
| | ) |
| 14 | *Phyllis Brewer v. Pfizer Inc., et al.* ) |
| | (C-07-5059 CRB) ) |
| 15 | |

16

17  COME NOW Plaintiffs in the above-entitled actions and Defendants, by and through the

18  undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of

19  these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

20

21  DATED: January 13, 2010

22

23  Austin W. Anderson
    WATTS LAW FIRM, LLP

24  2506 N. Port Avenue
    Corpus Christi, TX 78401

25  1.800.301.2823
    *Attorneys for Plaintiffs,*

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: February 4, 2010

_____
Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 17 2010

_____
**CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**